UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

In re :                                                                    Case no.: 21-12848

Karen Fogliano                                                    Chapter 13

    Debtor

_____/

DEBTOR'S MOTION TO REINSTATE CASE AND MOTION TO RESCHEDULE 341 MEETING OF CREDITORS

1. Debtor was scheduled for her 341 meeting on May 18, 2021, but Debtor was unable to attend due to her being in the hospital. The Meeting of Creditors was then rescheduled to June 28, 2021 but the meeting did not go forward due to the tax return and/or the Declaration regarding Tax Returns not being in the Trustee's possession at the time of the meeting of creditors, but Debtor was present for the meeting, with the funds within the control of Debtor's counsel, and the Declaration was submitted to the Trustee a few minutes later.

2. This matter came up for Confirmation July 1, 2021.

3. Debtor's counsel was late to the July 1, 2021 confirmation due to a hearing in Palm Beach County State Court, JPMorgan Chase Bank v. Jackson, 2018CA008776. The hearing was scheduled for 8:45 on July 1, 2021, and

    was the only date and time available, as the motion pertained to a trial scheduled for July 7, 2021.

4. Debtor's counsel advised the Trustee's office of the scheduled conflict prior to the confirmation hearing.

5. Once the hearing in State Court was completed, Debtor's Counsel immediately attempted to log into the confirmation hearing, but was unable to log in.

6. Debtor's counsel immediately contacted the court to advise them of the difficulties in connecting to the confirmation hearing, by telephone and by e-mail.

7. Debtor's counsel immediately contacted Matt Girardi, (Attorney for Chapter 13 Trustee) to advise him of the difficulties in connecting to the confirmation hearing.

8. The Debtor is current with all plan payments and counsel is holding all payments that have come due since the matter was dismissed.

WHEREFORE, the debtor(s) pray that this Court grant the Debtor's Motion to Reinstate Debtor's Chapter 13 Bankruptcy Case and to Reschedule the 341 Meeting of Creditors.

/s/ David S. Fabrikant

David S. Fabrikant, Esq.

Law Office of David S. Fabrikant, P.A.

5500 Military Trail, Suite 22-244

Jupiter, FL 33458

(561) 841-6955

FBN 419257

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with all additional requirements to practice in this Court as set forth in the local rules.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent on this 29TH day of July, 2021 by U.S. Mail and/or electronic mail via CM/ECF pursuant to local rule 7005 – 3 to:

SERVICE LIST

TRUSTEE

ROBIN WEINER, ESQUIRE

STANDING CHAPTER 13 TRUSTEE

P.O. BOX 559007

FORT LAUDERDALE, FL 33355

CREDITORS

VRMTG Asset Trust

c/o RAS

6409 Congress Ave., #100

Boca Raton, FL 33487